# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| American National Property and Casualty Company,<br><br>    Plaintiff<br><br>v.<br><br>Shaun Michael Caley, et al.,<br><br>    Defendants | Case No.: 2:24-cv-01723-JAD-BNW<br><br>**Order re: Demand for Security of Costs**<br><br>[ECF No. 6] |

Defendant P. E. P. filed a demand under NRS 18.130 for the plaintiff to post security for the costs and charges that may be awarded against it. The statute automatically stays the case until the plaintiff posts the $500 bond. If the plaintiff fails to post the bond within 30 days of the demand, the court will entertain a motion to dismiss.

Accordingly, and with good cause appearing,

IT IS ORDERED that the demand for security of costs (which this court dockets as a motion because a court order is required before the Clerk's office may accept the cash deposit) **[ECF No. 6] is GRANTED. Plaintiff has until October 24, 2024, to present to the Clerk of Court $500.00 in lawful money as security under NRS 18.130(1), and this action is STAYED until that security has been posted.**

IT IS FURTHER ORDERED that the CLERK OF COURT is directed to accept the cash deposit from the plaintiff under NRS 18.130 as security for costs and charges that may be awarded against this plaintiff.

_____
U.S. District Judge Jennifer A. Dorsey
October 10, 2024