JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
Attorneys for Plaintiff,
*American National Property And Casualty Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | Case No.: 2:24-cv-01723-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER** |
| SHAUN MICHAEL CALEY, an individual; P.E.P. as Parent and Guardian ad Litem of JANE DOE, a minor; DOES I through X; ROES I through X; | |
| | ECF Nos. 12, 13, 19 |
| Defendants. | |

Plaintiff AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY ("ANPAC"), Defendant SHAUN MICHAEL CALEY, ("Caley"), and P.E.P. as Parent and Guardian ad Litem of JANE DOE ("P.E.P.") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend the date for submission of the Parties' Discovery Plan and Scheduling Order ("DPSO") for an additional thirty (30) days, to January 16, 2025.

Pursuant to the Minute Order, dated December 3, 2024 (Ecf. No. 18), the last day for the Parties to submit their Stipulated DPSO is December 17, 2024. The parties have agree to a

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **1** of **2**

settlement that obviates the complaint in this case.  The parties need additional time to prepare the necessary releases of the settlement.

The Parties have therefore agreed to extend the time for submission of the DPSO for 30 days, to January 16, 2025, or to file a Stipulation to Dismiss prior to that date.

DATED this  17  day of December, 2024.

**PYATT SILVESTRI**

   /s/ Richard Waltjen
_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rwaltjen@pyattsilvestri.com
Attorney for Plaintiff,
*American National Property And Casualty Company*

DATED this  17  day of December, 2024.

**DRUMMOND LAW FIRM**

   /s/ Craig W. Drummond
_____
CRAIG W. DRUMMOND, ESQ.
Nevada Bar No. 11109
JOSEPH A. TUTONE, ESQ.
Nevada Bar No. 16333
3325 W. Sahara Ave.
Las Vegas, NV 89102
Ph: 702-366-996
Fx: (702) 508-9440
*Attorney for P.E.P. as parent and Guardian Ad Litem of JANE DOE*

DATED this  17  day of December, 2024.

**WHITMIRE LAW, PLLC**

   /s/ James E. Whitmire
_____
James E. Whitmire, Esq.
Nevada Bar No. 6533
10785 West Twain Ave.
Las Vegas NV 89135
Ph: (702) 846-0949
Fx: (702) 727-1343
*Attorney for P.E.P. as parent and Guardian Ad Litem of JANE DOE*

### ORDER

Based on the parties' stipulation [ECF No. 19] and with good cause appearing, IT IS ORDERED that **the deadline to submit the discovery plan and scheduling order is extended to January 16, 2025.**  And in light of the parties' impending settlement, IT IS FURTHER ORDERED that **the pending motions to dismiss and to stay this case [ECF Nos. 12, 13] are DENIED as moot** and without prejudice to their refiling by January 26, 2025, should this settlement not be completed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 17, 2024

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **2** of **2**