JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
Attorneys for Plaintiff,
*American National Property And Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN MICHAEL CALEY, an individual; P.E.P. as Parent and Guardian ad Litem of JANE DOE, a minor; DOES I through X; ROES I through X;<br><br>Defendants. | Case No.: 2:24-cv-01723-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO SUBMIT DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(Second Request)** |

Plaintiff AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY ("ANPAC"), Defendant SHAUN MICHAEL CALEY, ("Caley"), and P.E.P. as Parent and Guardian ad Litem of JANE DOE ("P.E.P.") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to extend the date for submission of the Parties' Discovery Plan and Scheduling Order ("DPSO") for an additional sixty (60) days, to March 17, 2025.

On December 17, 2024, the parties agreed to extend the deadline date to submit a stipulated DPSO for thirty days, from December 17, 2024, to January 16, 2025, based on a

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **1** of **3**

settlement reached between the parties (ECF. No. 19).  This Court signed the Order granting the extension (ECF No. 20).  This Court also denied as moot, and without prejudice, the pending Motion to Dismiss and Motion to Stay (ECF Nos. 12 and 13), and allowed the parties to refile their Motions, if necessary, by January 26, 2025 (ECF No. 20).

The parties need additional time to complete the settlement and dismiss the underlying State Case.  Specifically, a minor's compromise case still must be submitted and approved.

The Parties have therefore agreed to extend the time for submission of the DPSO for sixty (60) days, to March 17, 2025, or to file a Stipulation to Dismiss prior to that date.  In addition, the Parties agree to extend the date to refile the Motion to Dismiss and/or Motion to Stay by sixty (60) days, to March 27, 2025.

This is the Parties' Second Request for Extension of the deadline to submit a stipulated DPSO.

DATED this ___ day of January, 2025.

**PYATT SILVESTRI**

*/s/ Richard Waltjen*
_____
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rwaltjen@pyattsilvestri.com
Attorney for Plaintiff,
*American National Property And Casualty Company*

DATED this ___ day of January, 2025.

**DRUMMOND LAW FIRM**

*/s/ Craig W. Drummond*
_____
CRAIG W. DRUMMOND, ESQ.
Nevada Bar No. 11109
JOSEPH A. TUTONE, ESQ.
Nevada Bar No. 16333
3325 W. Sahara Ave.
Las Vegas, NV 89102
Ph: 702-366-996
Fx: (702) 508-9440
*Attorney for P.E.P. as parent and Guardian Ad Litem of JANE DOE*

//

//

//

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **2** of **3**

DATED this ___ day of January, 2025.

**WHITMIRE LAW, PLLC**

*/s/ James E. Whitmire*
_____
James E. Whitmire, Esq.
Nevada Bar No. 6533
10785 West Twain Ave.
Las Vegas NV 89135
Ph: (702) 846-0949
Fx: (702) 727-1343
*Attorney for P.E.P. as parent and Guardian Ad Litem of JANE DOE*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE/UNITED STATES MAGISTRATE JUDGE

DATED: 1/13/2025 _____

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **3** of **3**