1   JAMES P. C. SILVESTRI, ESQ.
    Nevada Bar No. 3603
2   RICHARD WALTJEN, ESQ.
    Nevada Bar No. 13416
3   PYATT SILVESTRI
4   7670 W. Lake Mead Blvd., Suite 250
    Las Vegas, NV 89128
5   Tel: (702) 383-6000
    Fax: (702) 477-0088
6   jsilvestri@pyattsilvestri.com
7   rwaltjen@pyattsilvestri.com
    Attorneys for Plaintiff,
8   *American National Property And Casualty Company*

9                   **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11
    AMERICAN NATIONAL PROPERTY AND
12  CASUALTY COMPANY,                          Case No.: 2:24-cv-01723-JAD-BNW

13          Plaintiff,

14  vs.                                        **STIPULATION AND ORDER**
                                               **EXTENDING TIME TO SUBMIT**
15  SHAUN MICHAEL CALEY, an individual;        **DISCOVERY PLAN AND**
16  P.E.P. as Parent and Guardian ad Litem of  **SCHEDULING ORDER**
    JANE DOE, a minor; DOES I through X;       **(Third Request)**
17  ROES I through X;

18          Defendants.

19

20          Plaintiff AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

21  ("ANPAC"), Defendant SHAUN MICHAEL CALEY, ("Caley"), and P.E.P. as Parent and

22  Guardian ad Litem of JANE DOE ("P.E.P.") (collectively referred to as the "Parties"), by and

23  through their respective undersigned counsel of record, hereby stipulate and agree to extend the

24  date for submission of the Parties' Discovery Plan and Scheduling Order ("DPSO") for an

25
26  additional thirty (30) days, to April 16th, 2025.

27          On December 17, 2024, the parties agreed to extend the deadline date to submit a

28  stipulated DPSO for thirty days, from December 17, 2024, to January 16, 2025, based on a

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **1** of **3**

1  settlement reached between the parties (ECF. No. 19).  This Court signed the Order granting the

2  extension (ECF No. 20).  This Court also denied as moot, and without prejudice, the pending

3  Motion to Dismiss and Motion to Stay (ECF Nos. 12 and 13), and allowed the parties to refile

4  their Motions, if necessary, by January 26, 2025 (ECF No. 20).

5          On January 10, 2025, the parties Stipulated to a second request for extension of the

6  deadline to submit a DPSO to March 17, 2025.  This was to complete a minor's compromise in

7  the underlying State case and included a request to extend the time for the parties to refile

8  Motion to Dismiss and Motion to Stay (ECF No. 21).  On January 13, 2025, this Court entered

9  the Order, extending the deadline to submit a DPSO to March 17, 2025 and extending the

10  deadline to refile the Motion to Dismiss and Motion to Stay until March 27, 2025 (ECF No. 22).

11          The parties need additional time to complete the settlement and dismiss the underlying

12  State Case.  The minor's compromise has been completed, but a transfer of the funds is still

13  pending.

14          The Parties have therefore agreed to extend the time for submission of the DPSO for

15  thirty (30) days, to April 16th, 2025, or to file a Stipulation to Dismiss prior to that date.  In

16  addition, the Parties agree to extend the date to refile the Motion to Dismiss and/or Motion to

17  Stay by thirty (30) days, to April 26, 2025.

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25

26

27

28

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

1    This is the Parties' Third Request for Extension of the deadline to submit a stipulated

2   DPSO.

3

4   DATED this 17ᵗʰ day of March, 2025.          DATED this 17ᵗʰ day of March, 2025.

5   **PYATT SILVESTRI**                          **DRUMMOND LAW FIRM**

6      */s/ Richard Waltjen*                        */s/ Craig W. Drummond*
    _____            _____
7   JAMES P. C. SILVESTRI, ESQ.                 CRAIG W. DRUMMOND, ESQ.
    Nevada Bar No. 3603                         Nevada Bar No. 11109
8   RICHARD WALTJEN, ESQ.                       JOSEPH A. TUTONE, ESQ.
    Nevada Bar No. 13416                        Nevada Bar No. 16333
9   7670 W. Lake Mead Blvd., Suite 250          3325 W. Sahara Ave.
    Las Vegas, NV 89128                         Las Vegas, NV 89102
10  Tel: (702) 383-6000                         Ph: 702-366-996
    Fax: (702) 477-0088                         Fx: (702) 508-9440
11  rwaltjen@pyattsilvestri.com                 *Attorney for P.E.P. as parent and Guardian Ad*
    Attorney for Plaintiff,                     *Litem of JANE DOE*
12  *American National Property And Casualty*
13  *Company*

14  DATED this 17ᵗʰ day of March, 2025.

15  **WHITMIRE LAW, PLLC**

16     */s/ James E. Whitmire*
    _____
17  James E. Whitmire, Esq.
    Nevada Bar No. 6533
18  10785 West Twain Ave.
    Las Vegas NV 89135
19  Ph: (702) 846-0949
20  Fx: (702) 727-1343
    *Attorney for P.E.P. as parent and Guardian Ad*
21  *Litem of JANE DOE*

22                                              **IT IS SO ORDERED:**

23

24                                              _____
                                                UNITED STATES DISTRICT
25                                              JUDGE/UNITED STATES MAGISTRATE
                                                JUDGE
26

27                                              DATED: 3/19/2025 _____

28

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page **3** of **3**