JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 13416
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
Attorneys for Plaintiff,
*AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUN MICHAEL CALEY, an individual; P.E.P. as Parent and Guardian ad Litem of JANE DOE, a minor; DOES I through X; ROES I through X;<br>Defendants. | CASE NO.:  2:24-cv-01723-JAD-BNW<br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 25] |

    IT IS HEREBY STIPULATED AND AGREED by Plaintiff AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY ("ANPAC") and Defendant SHAUN MICHAEL CALEY ("Caley"), an individual; P.E.P. as Parent and Guardian ad Litem of JANE DOE ("P.E.P.") (collectively referred to as the "Parties"), by and through their respective counsel, and the parties hereby notify the Court, that the above-captioned matter has settled and this matter should be dismissed in its entirety with prejudice, including all claims that were or could have been asserted herein, with prejudice.  Each party to bear its own attorneys' fees and costs.

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page 1 of 2

This case has not been scheduled for trial.

DATED this 31st day of March, 2025.   DATED this 31st day of March, 2025.

**PYATT SILVESTRI**   **DRUMMOND LAW FIRM**

/s/*Richard Waltjen*   /s/*Craig Drummond*
JAMES P. C. SILVESTRI, ESQ.   CRAIG W. DRUMMOND, ESQ.
Nevada Bar No. 3603   Nevada Bar No. 11109
RICHARD WALTJEN, ESQ.   JOSEPH A. TUTONE, ESQ.
Nevada Bar No. 13416   Nevada Bar No. 16333
7670 W. Lake Mead Blvd., Suite 250   3325 W. Sahara Ave.
Las Vegas, NV 89128   Las Vegas, NV 89102
Attorney for Plaintiff,   *Attorney for P.E.P. as parent and*
*AMERICAN NATIONAL PROPERTY*   *Guardian Ad Litem of JANE DOE*
*AND CASUALTY COMPANY*

DATED this 31st day of March, 2025.

**WHITMIRE LAW, PLLC**

/s/*James Whitmire*

JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
10785 West Twain Ave.
Las Vegas NV 89135
*Attorney for P.E.P. as parent and*
*Guardian Ad Litem of JANE DOE*

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is **dismissed with prejudice**, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 3, 2025

Pyatt Silvestri
7670 W. Lake Mead Blvd.
Ste. 250
Las Vegas, Nevada 89128
(702) 383-6000

Page 2 of 2